UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
SEP 20 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CAPCO EQUIPMENT, LLC :
:
VS. : C.A. NO. 04-183S
:
MANITOWOC CRANE GROUP; :
MANITOWOC CRANES, INC.; AND :
POTAIN S.A.S. :

**DISMISSAL STIPULATION**

It is hereby stipulated and agreed to by and between the parties that the above-captioned matter may be dismissed, with prejudice, no interest, no costs.

John F. Kelleher, Esq., #3854
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
(401) 272-3500

Richard Boren, Esquire
VISCONTI & BOREN
55 Dorrance Street
Providence, RI 02903
(401) 331-3800

Dated: September 20, 2005

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 9/22/05